IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALAN PRESSWOOD, D.C., P.C., individually and on behalf of all others similarly-situated, <br><br> Plaintiff, <br><br> vs. <br><br> BIOSENSE MEDICAL DEVICES, LLC, SCOTT ANTHONY CLIMES, PATRICIA A. CLIMES, and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. |

## NOTICE OF REMOVAL

Defendants Scott Anthony Climes and Patricia A. Climes ("Defendants") hereby file their Notice of Removal of the above-captioned case to this Court and, and in support of removal, respectfully state as follows:

1. Defendants are named as defendants in Civil Action No. 19SL-CC04995 filed in the Circuit Court of St. Louis County, Missouri, styled <u>Alan Presswood, D.C., P.C. v. Biosense Medical Devices, LLC, et al.</u> (the "State Court Action").

2. The Class Action Petition ("Petition") in the State Court Action was filed with the Clerk of the Circuit Court of St. Louis County on or about October 30, 2019. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant Scott Anthony Climes in the State Court Action are attached hereto as **Exhibit A.**

3. In the State Court Action, Plaintiff alleges that Defendants violated a federal statute, the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("FDCPA").

4. Any civil action is removable if the plaintiff could have originally brought the action in federal court. <u>See</u> 28 U.S.C. § 1441(a).

5. Under 28 U.S.C. § 1331 this Court has original federal question jurisdiction over Plaintiff's FDCPA claims.

6. Accordingly, pursuant to 28 U.S.C. § 1441(a), Defendants have the right to remove the State Court Action to this Court, without regard to the citizenship or residency of the parties or the amount in controversy.

7. Defendants were formally served with the Summons and Petition on November 23, 2019.  This removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

8. Biosense Medical Devices, LLC and John Does 1-10, are the other defendants joined in the State Court Action.  This action may be removed without the consent of all defendants.  28 U.S.C. § 1453(b).

9. By this Notice of Removal, Defendants do not waive any defense, jurisdictional or otherwise, which they may possess.  Defendants also do not concede that Plaintiff has stated a claim against them.

WHEREFORE, in accordance with the authorities set forth above, Defendant hereby removes this action from the Circuit Court of St. Louis County, Missouri, to the United States District Court for the Eastern District of Missouri.

DATED this 20th day of December, 2019.

Respectfully submitted,

SPENCER FANE LLP

By: /s/ Joshua C. Dickinson
Joshua C. Dickinson, #51446MO
13520 California Street, Suite 290
Omaha, NE 68154
(402) 965-8600 (telephone)
(402) 965-8601 (facsimile)
jdickinson@spencerfane.com

>Patrick T. McLaughlin, #48633MO
>1 North Brentwood Blvd., Suite 1000
>St. Louis, MO 63105
>(314) 863-7733 (telephone)
>(314) 862-4656 (facsimile)
>pmclaughlin@spencerfane.com

>*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 20th day of December, 2019, with a true copy mailed, first class postage prepaid, to:

Max G. Margulis
Margulis Law Group
28 Old Belle Monte Rd.
Chesterfield, MO 63017

*Attorney for Plaintiff*

>/s/ Joshua C. Dickinson