# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALAN PRESSWOOD, D.C., P.C., individually and on behalf of all others similarly-situated, </br></br> Plaintiff, </br></br> vs. </br></br> BIOSENSE MEDICAL DEVICES, LLC, et al., </br></br> Defendants. | Case No. 4:19-cv-03303-RLW |

## NOTICE OF SETTLEMENT

Defendants Scott Anthony Climes and Patricia A. Climes ("Defendants Climes"), with the consent of Plaintiff, hereby notify the Court that these parties have reached a settlement in principle of this matter. The settlement will, upon completion, result in the dismissal with prejudice as to <u>Defendants Climes only</u>. The parties believe the settlement will be documented and the dismissal as to Defendants Climes filed within 30 days of this Notice.

DATED this 16th day of January, 2020.

Respectfully submitted,

SPENCER FANE LLP

By: /s/ Joshua C. Dickinson
Joshua C. Dickinson, #51446MO
Shilee T. Mullin, #52207MO
13520 California Street, Suite 290
Omaha, NE 68154
(402) 965-8600 (telephone)
(402) 965-8601 (facsimile)
jdickinson@spencerfane.com
smullin@spencerfane.com

1

OM 549478.1

Patrick T. McLaughlin, #48633MO
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
(314) 863-7733 (telephone)
(314) 862-4656 (facsimile)
pmclaughlin@spencerfane.com

*Attorneys for Defendants Scott Anthony Climes and Patricia A. Climes*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 16th day of January, 2020, with notice of case activity generated and sent electronically to all counsel of record.

/s/ Joshua C. Dickinson

OM 549478.1