UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALAN PRESSWOOD, D.C., P.C., Individually and on behalf of all others similarly-situated,<br><br>   Plaintiff,<br><br>vs.<br><br>BIOSENSE MEDICAL DEVICES, LLC, et al.,<br><br>   Defendants. | Case No. 4:19cv3303   RLW |

**ORDER**

The Court has been advised that this action has been settled as to defendants **SCOTT ANTHONY CLIMES and PATRICIAL A. CLIMES, ONLY.**

**IT IS HEREBY ORDERED**, that all pending motions are denied with prejudice as to defendants **SCOTT ANTHONY CLIMES and PATRICIA A. CLIMES, ONLY**.

**IT IS FURTHER ORDERED** that counsel shall file within thirty (30) days from the date of this Order, file a stipulation for dismissal or a motion for leave to voluntarily dismiss as to defendants **SCOTT ANTHONY CLIMES and PATRICIA A. CLIMES, ONLY**.   Failure to timely comply with this order shall result in the dismissal of this action against **SCOTT ANTHONY CLIMES and PATRICIA A. CLIMES**, with prejudice.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

Dated this 21st day of January, 2020.