UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALAN PRESSWOOD, D.C., P.C., individually and on behalf of all others similarly-situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 4:19CV3303 RLW |
| BIOSENSE MEDICAL DEVICES, LLC, et al., ) ) ) ) | |
| Defendants. ) | |

## ORDER OF PARTIAL DISMISSAL

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff Alan Presswood, D.C., P.C. (ECF No. 22),

**IT IS HEREBY ORDERED** that the claims asserted by Plaintiff Alan Presswood, D.C., P.C., individually and on behalf of all others similarly-situated, against Defendants Scott Anthony Climes and Patricia A. Climes *only* are **DISMISSED with prejudice**, each party to bear its own costs.

Dated this 23rd day of March, 2020.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**