## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ALAN PRESSWOOD, D.C., P.C., individually and on behalf of all others similarly-situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BIOSENSE MEDICAL DEVICES, LLC, et al.,<br><br>　　　　Defendants.[1] | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　No. 4:19CV3303 RLW<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff Alan Presswood, D.C., P.C. (ECF No. 27),

**IT IS HEREBY ORDERED** that the claims asserted by Plaintiff Alan Presswood, D.C., P.C., individually and on behalf of all others similarly-situated, against Defendants Biosense Medical Devices, LLC and John Does 1-10 are **DISMISSED without prejudice**, each party to bear its own costs.

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED as moot**.

Dated this 31st day of March, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**RONNIE L. WHITE**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] The Court previously dismissed the claims Defendants Scott Anthony Climes and Patricia A. Climes with prejudice. (ECF Nos. 22 & 26)